UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN AIVAZIAN,<br><br>                 Petitioner,<br><br>    v.<br><br>KRISTI NOEM, et al.,<br><br>                 Respondents. | Case No. 5:26-cv-00276-SRM-JDE<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER [12]** |

On January 29, 2026, the Court granted Petitioner Armen Aivazian's ("Petitioner") Ex Parte Application for Temporary Restraining Order. Dkt. 12. The Court specifically ordered the following temporary relief: (1) Respondents were ordered to immediately release Petitioner from immigration custody and to reinstate the conditions of supervised release that governed prior to his re-detention; (2) Respondents were temporarily enjoined from revoking Petitioner's release without adequate notice and from re-detaining him without a prompt informal interview; and (3) Respondents were enjoined from removing Petitioner to a third country without notice and an opportunity to be heard on any claims of fear of persecution or torture in that third country. *Id.* at 3–4. The temporary restraining order was set to expire on February 12, 2026. *Id.* at 4. The Court also ordered Respondents to show cause why a preliminary injunction should not

issue on or before February 4, 2026. *Id.* Respondents filed their response on that date. *See* Dkt. 14. On February 7, 2026, Petitioner filed his reply. *See* Dkt. 15.

The Court finds good cause to extend the temporary restraining order for 28 days to allow thorough consideration of the parties' arguments on whether the Court should issue a preliminary injunction. Accordingly, the temporary restraining order is **EXTENDED** from February 12, 2026, to March 12, 2026, at 5:00 p.m. or until the Court issues its decision on the preliminary injunction, whichever is sooner.

**IT IS SO ORDERED.**

Dated:  02/13/26

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE